# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO 2924<br>20-MD-2924<br><br>JUDGE ROBIN L ROSENBERG<br>MAGISTRATE JUDGE BRUCE REINHART |

_____/

**THIS DOCUMENT RELATES TO:**          **JURY TRIAL DEMANDED**

    Barbie Griggs and Donnie Griggs    
(Plaintiff Name(s))

## SHORT-FORM COMPLAINT

The Plaintiff(s) named below, by counsel, file(s) this Short Form Complaint against Defendants named below. Plaintiff(s) incorporate(s) by reference the allegations contained in the Master Personal Injury Complaint ("MPIC") in *In re: Zantac (Ranitidine) Products Lability Litigation*, MDL No. 2924 (S.D. Fla). Plaintiff(s) file(s) this Short-Form Complaint as permitted by Pretrial Order No. 31.

Plaintiff(s) select(s) and indicate(s) by completing where requested, the Parties and Causes of Actions specific to this case. Where certain claims require additional pleading or case specific facts and individual information, Plaintiff(s) shall add and include them herein.

Plaintiff(s), by counsel, allege as follows:

### I.     PARTIES, JURISDICTION, AND VENUE

**A.     PLAINTIFF(S)**

1. Plaintiff(s)    Barbie Griggs    ("Plaintiff(s)") brings this action (check the applicable designation):

   **X**     On behalf of [himself/herself];

            In representative capacity as the _____, on behalf of the injured party, (Injured Party's Name).

1

2. Injured Party is currently a resident and citizen of (City, State) __Red Level, Alabama__ and claims damages as set forth below.

—OR—

Decedent dies on (Month, Day Year) _____. At the time of Decedent's death, Decedent was a resident and citizen of (City, State) _____.

If any party claims loss of consortium,

3. __Donnie Griggs__ ("Consortium Plaintiff") alleges damages for loss of consortium.

4. At the time of the filing of this Short Form Complaint, Consortium Plaintiff is a citizen and resident of (City, State) __Red Level, Alabama__.

5. At the time the alleged injury occurred, Consortium Plaintiff resided in (City, State) __Red Level, Alabama__.

**B. DEFENDANT(S)**

6. Plaintiff(s) name(s) the following Defendants from the Master Personal Injury Complaint in this action:

   **a. Brand Manufacturers:**

   **b. Generic Manufacturers:**

   Amneal Pharmaceuticals of New York, LLC; Dr. Reddy's Laboratories

   **c. Distributors:**

   Amerisource Bergen; Cardinal Health; Chattern; Mckesson

   **d. Retailers:**

   **e. Repackagers:**

   **f. Others Not Named in the MPIC:**

C. **JURISDICTION AND VENUE**

7. Identify the Federal District Court in which Plaintiff(s) would have filed this action in the absence of Pretrial Order No. 11 (direct filing) [or, if applicable, the District Court to which their original action was removed]:

United States District Court for the Southern District of Florida

8. Jurisdiction is proper upon diversity of citizenship.

## II. PRODUCT USE

9. The Injured Party used Zantac and/or generic ranitidine: [*Check all that apply*]

   **X**   By prescription

   _____ Over the counter

10. The Injured Party Used Zantac and/or generic ranitidine from approximately (month, year) ___February 2014___ to ___January 2020___.

## III. PHYSICAL INJURY

11. As a result of the Injured Party's use of the medications specified above, [*he/she*] was diagnosed with the following specific type of cancer (check all that apply):

| Check all that apply | Cancer Type | Approximate Date of Diagnosis |
|---|---|---|
|  | BLADDER CANCER |  |
|  | BRAIN CANCER |  |
|  | BREAST CANCER |  |
|  | COLORECTAL CANCER |  |
|  | ESOPHAGEAL/THROAT/NASAL CANCER |  |
| X | INTESTINAL CANCER | August 19, 2019 |
| X | KIDNEY CANCER | August 19, 2019 |
|  | LIVER CANCER |  |
|  | LUNG CANCER |  |
|  | OVARIAN CANCER |  |
|  | PROSTATE CANCER |  |

3

|   | STOMACH CANCER |   |
|---|---|---|
|   | TESTICULAR CANCER |   |
|   | THYROID CANCER |   |
|   | UTERINE CANCER |   |
| x | OTHER CANCER: <u>metastatic cancer</u> | August 19, 2019 |
|   | DEATH (CAUSED BY CANCER) |   |

12. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s).

### IV.  CAUSES OF ACTION ASSERTED

13. The following Causes of Action asserted in the Master Personal Injury Complaint are asserted against the specified defendants in each class of Defendants enumerated therein, and the allegations with regard thereto are adopted in this Short Form Complaint by reference.

| Check if Applicable | COUNT | Cause of Action |
|---|---|---|
| X | I | STRICT PRODUCTS LIABILITY – FAILURE TO WARN |
| X | II | STRICT PRODUCTS LIABILITY – DESIGN DEFECT |
| X | III | STRICT PRODUCTS LIABILITY – MANUFACTURING DEFECT |
| X | IV | NEGLIGENCE – FAILURE TO WARN |
| X | V | NEGLIGENT PRODUCT DESIGN |
| X | VI | NEGLIGENT MANUFACTURING |
| X | VII | GENERAL NEGLIGENCE |
| X | VIII | NEGLIGENT MISREPRESENTATION |
| X | IX | BREACH OF EXPRESS WARRANTIES |
| X | X | BREACH OF IMPLIED WARRANTIES |
| X | XI | VIOLATION OF CONSUMER PROTECTION AND DECEPTIVE TRADE PRACTICES LAWS and specify the state's statute below: |

4

|  |  | Ala. Code 2018 § 8-19-1, *et seq* |

| Check if Applicable | COUNT | Cause of Action |
|---|---|---|
| X | XII | UNJUST ENRICHMENT |
| X | XIII | LOSS OF CONSORTIUM |
|  | XIV | SURVIVAL ACTION |
|  | XV | WRONGFUL DEATH |
|  | XVI | OTHER: |
|  | XVII | OTHER: |

If Count XVI or Count XVII is alleged, additional facts supporting the claim(s):
_____
_____
_____

## V.   JURY DEMAND

14.   Plaintiff(s) hereby demand(s) a trial by jury as to all claims in this action.

## VI.   PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff(s) has/have been damaged as a result of Defendants' actions or inactions and demand(s) judgment against Defendants on each of the above-referenced causes of action, jointly and severally to the full extent available in law or equity, as requested in the Master Personal Injury Complaint.

RESPECTFULLY SUBMITTED,

*/s/ Nicki Lawsen*
Sidney Jackson
Nicki Lawsen
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0500
Email: sjackson@wigginschilds.com
nlawsen@wigginschilds.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM.ECF participants.

/s/ Sidney Jackson
OF COUNSEL